**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | Electronically filed:<br><br>March 30, 2005<br><br>No. 4582-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | No. 4592-79 L<br>Judge Hewitt |

**JOINT NOTICE OF MODIFICATION**
**OF INTERIM DEADLINES**

Pursuant to the Court's order filed March 22, 2005, the following Joint Notice of Modification of Interim Deadlines, which was previously filed December 17, 2004, is hereby refiled. Pursuant to paragraph 1(g) of the Court's Order of August 27, 2004 (“Scheduling Order”), the parties hereby submit their written agreement modifying interim deadlines. The parties have agreed to modify the interim deadlines set out below. The parties do not anticipate that these modifications will result in an extension of the June 30, 2005 deadline.

a. The final production deadline of December 16, 2004, in paragraph 1(a) of the Scheduling Order is modified to March 31, 2005. The Government, however, shall produce images and coding to the Tribes on a rolling basis starting with approximately 20,000 images no later than January 26, 2005. Thereafter, the Government will produce images to the Tribes on a tri-weekly schedule with roughly equal amounts of images for each production. As soon as practicable, but not later than January 7, 2005, the Government will provide the Tribes with a test copy of approximately 25 images. Additional documents identified in SF-135s from the Wind River Agency, if any, will be separately scheduled.

b. The request for production deadlines of December 20, 2004, in paragraph 1(c) and 1(d) of the Scheduling Order are modified to January 21, 2005.

c. The current agreed inspection deadline of December 22, 2004, is modified to on or before January 26, 2005, to enable the Tribes to inspect approximately 14 boxes at the Fort Worth Federal Records Center that may relate to the Tribes.

Respectfully submitted,

By: s/ Steven D. Gordon
by s/ Terry M. Petrie
Steven D. Gordon
Lynn E. Calkins
Jennifer M. Mason
Holland & Knight LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564

*Attorneys for the Eastern Shoshone Tribe*

By: s/ Richard M. Berley
by s/ Terry M. Petrie
Richard M. Berley
Brian W. Chestnut
Ziontz, Chestnut, Varnell, Berley & Slonim
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
Telephone: (206) 448-1230
Facsimile: (206) 448-0962

*Attorneys for the Northern Arapaho Tribe*

THOMAS L. SANSONETTI
Assistant Attorney General

By: s/ Terry M. Petrie
Nicolette Romano – of counsel
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D Street, N.W.
Washington, DC 20004
Telephone: (202) 305-0212
Facsimile: (202) 353-2021

*Attorneys for the United States*

*Of Counsel to the Eastern Shoshone Tribe:*

John C. Schumacher
Law Office of John Schumacher
P.O. Box 748
Fort Washakie, WY 82514-0748
Telephone: (307) 335-8910
Facsimile: (307) 335-8911

Jerome L. Levine
James K. Kawahara
Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

*Of Counsel to Defendant:*
Stephen Simpson
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
1849 C St, N.W.
Mail Stop 6456-MIB
Washington, D.C. 20240
Telephone: (202) 219-1659
Facsimile: (202) 208-3490

Date: March 30, 2005