THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,

*Plaintiff,*

v.

Nos. 4581-79, 4582-79, 4583-79
Judge Hewitt

THE UNITED STATES,

*Defendant.*

THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,

*Plaintiff,*

v.

Nos. 4591-79, 4592-79, 4593-79
Judge Hewitt

THE UNITED STATES,

*Defendant.*

---

**AFFIDAVIT OF ATTORNEY SUSAN M. WILLIAMS IN SUPPORT PLAINTIFF, SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING, MOTION TO SUBSTITUTE COUNSEL**

---

I, Susan M. Williams, being duly sworn, state on information and belief:

1. I am a shareholder in the law firm of Williams and Works, P.A.;

2. In March 2005, my firm was hired to serve as general counsel by the Shoshone Indian Tribe of the Wind River Reservation, Wyoming;

3. The scope of the representation includes the handling of all legal matters pertaining to the above-named matter;

4. I am admitted to practice before the United States Court of Federal Claims;

5. I am prepared to meet the upcoming deadlines in this case, to include the pending discovery deadline, currently set for June 30, 2005;

6. I am familiar with the electronic filing rules and procedure that have been established in the rules of practice for the Court of Federal Claims; and

7. My client, the Shoshone Indian Tribe of the Wind River Reservation, Wyoming, would like me to represent the Tribe in this case before this Court.

S. M. Williams

Susan M. Williams, Esq.

OFFICIAL SEAL
KARLA S. CASSA
NOTARY PUBLIC-STATE OF NEW MEXICO
My commission expires: 4/6/09

Subscribed and sworn to me this 16th of May, 2005

Karla S. Cassa

Notary Public

My commission expires April 6, 2009