**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

Nos. 4581-79, 4582-79, 4583-79
Judge Hewitt

THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

Nos. 4591-79, 4592-79, 4593-79
Judge Hewitt

---

**STATEMENT OF CONSENT TO SUBSTITUTION OF COUNSEL FOR THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING**

---

I, Steven Gordon, am currently the counsel of record for the Shoshone Indian Tribe of the Wind River Reservation, Wyoming in the above-named matter.

I understand that the Tribe has hired Attorney Susan M. Williams as its general counsel and that her work will include that of lead counsel in the above-named matter.

I consent, therefore, to the substitution of Ms. Williams as lead counsel in the above-named matter.

Respectfully submitted this 16th day of May, 2005.

Steven D. Gordon, Esq.

Holland & Knight LLP
2099 Pennsylvania Ave., NW
Suite 100
Washington, DC 20006
Telephone: (202) 955-3000