IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | No. 4582-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | No. 4592-79 L<br>Judge Hewitt |

**JOINT PROPOSED SCHEDULING PROPOSAL**

In accordance with ¶2 of the Court's Order filed August 27, 2004, the Eastern Shoshone and Northern Arapaho Tribes ("Tribes") and the Government hereby submit the following joint scheduling proposal for litigation deadlines in this subdocket.

A. Deadlines.

1. Identification of Issues. The Tribes shall provide an identification of the issues to be resolved at trial by January 13, 2006. This statement shall include the types of damages claimed, the legal theories supporting recovery, and the time frames for which recovery is sought.

2. Factual Predicate Identification – By January 13, 2006, the Tribes shall provide the factual predicate to the Defendant of the individual issues identified above. This statement



**Exhibit A**

shall include to the extent possible the names of the oil and/or gas companies, lease numbers, oil and/or gas fields, and time frames associated with or which undergird each of these individual issues. This statement does not preclude subsequent factual development to support the individual issues identified by the Tribes.

3. Non-Expert Discovery. All discovery, except for discovery pertaining to expert testimony as described below, shall conclude by October 13, 2006.

4. Tribes' Initial Expert Disclosure. The Tribes shall furnish initial expert reports, including the data or other information considered by the experts in forming opinions, and the experts' qualifications, to the Government by May 19, 2006.

5. Depositions of Tribes' Experts. The Government shall complete its depositions of the Tribes' experts, except regarding rebuttal reports as described below, by June 23, 2006.

6. Government's Responsive Expert Disclosure. The Government shall furnish any responsive expert reports, including the data or other information considered by the experts in forming opinions, and the experts' qualifications, to the Tribes by August 18, 2006.

7. Depositions of Government's Experts. The Tribes shall complete their depositions of the Government's experts by September 15, 2006.

8. Tribes' Expert Rebuttal. The Tribes shall furnish rebuttal expert reports, if any, including the data or other information considered by the experts in forming opinions, and the experts' qualifications, to the Government by October 13, 2006.

9. Rebuttal Expert Depositions. The Government shall complete depositions of the Tribes' rebuttal experts shall by November 10, 2006.

10. Dispositive Motions. The parties shall file any dispositive motions by November 29, 2006.

11. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, by December 15, 2006.

12. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, the Tribes shall file their Memorandum of Contentions of Fact and Law (Memorandum) on or before January 19, 2007. The Government shall file its responsive Memorandum on or before February 16, 2007. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall be deemed waived absent a showing of a compelling reason for the failure.

13. Pretrial Conference. The pretrial conference will be held on March 16, 2007, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The parties shall bring to the pretrial conference at least three copies of any exhibit as to which an objection



**Exhibit A**

remains outstanding. The parties shall prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules.

14. Trial. Trial will commence in April of 2007 on dates to be determined by further order of the Court.

B. Miscellaneous.

1. As suggested both in the Joint Status Report Suggesting Further Proceedings in the Case, dated January 6, 2004, and in the Settlement Agreement Regarding "Oil and Gas Phase One," the Tribes intend to litigate their claims regarding royalty accounting and related oil and gas valuation and collection issues for the period prior to October 10, 1973, as part of the foregoing litigation schedule in this subdocket.

2. The foregoing litigation schedule does not govern issues relating to payments which may be due the Tribes under the Settlement Agreement regarding sand and gravel, filed October 1, 2002, or relating to interest which may be due pursuant to the parties' Settlement Agreement Regarding "Oil and Gas Phase One." These issues are, or will be, governed by other orders of the Court and/or proposals by the parties.

3. The foregoing litigation schedule does not govern issues relating to Claims II through VI of the Arapaho Tribe's Petition or Claims II through VII of the Shoshone Tribe's Petition filed October 10, 1979, related to management of funds held in trust for the Tribes. These will be governed by other orders of the Court and/or proposals by the parties in subdockets 4583-79 and 4593-79.



**Exhibit A**

4. The foregoing litigation schedule does not govern issues relating to the Tribes' environmental claims, or claims relating to special deposit accounts held by the Government in which the Tribes may have an interest. These have been deferred for resolution following the resolution of the claims which are subject to this subdocket.

Dated: May 18, 2005.

Respectfully submitted,

Kelly A. Johnson
Acting Assistant Attorney General

s/Terry M. Petrie
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street, Suite 945
Denver, CO 80202
(303) 312-7327 (Telephone)
(303) 312-7379 (Facsimile)
Terry.Petrie@usdoj.gov

Counsel of Record for Defendant



**Exhibit A**