# In the United States Court of Federal Claims

(E-Filed: May 26, 2005)

THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 4582-79 L

---

THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 4592-79 L

## ORDER

Before the court is plaintiff Tribe's Proposed Scheduling Proposal and Defendant's Proposed Litigation Schedule, electronically filed May 18, 2005. Further to these filings, the court will hold a telephonic status conference on the record at 12:00 noon EDT on Wednesday, June 1, 2005. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge