**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | No. 4582-79 L, No. 4583-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant* | No. 4592-79 L, No. 4593-79 L<br>Judge Hewitt |

**NOTICE OF FILING OF FIRST AMENDED PETITION – NORTHERN ARAPAHO INDIAN TRIBE**

PLEASE TAKE NOTICE that pursuant to the Court's Opinion and Order entered March 27, 2006, the Northern Arapaho Indian Tribe has filed its First Amended Petition in the consolidated docket for this matter (458-79 L and 459-79 L).

Dated: March 28, 2006.

Respectfully submitted,

s/Richard M. Berley
RICHARD M. BERLEY
Ziontz, Chestnut, Varnell,
Berley & Slonim
2101 4th Avenue, Suite 1230
Seattle, WA 98121

(206) 448-1230 (Telephone)
(206) 448-0962 (Facsimile)
rberley@zcvbs.com
*Counsel of Record for Northern Arapaho Tribe*

**CERTIFICATE OF SERVICE**

I certify that the foregoing pleading is to be served on Terry M. Petrie, counsel of record for the United States, and Harry R. Sachse, counsel of record for the Eastern Shoshone Tribe, contemporaneously with this filing via the Court's electronic filing system.

s/Richard M. Berley
*Counsel of Record for Northern Arapaho Tribe*