**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant.* | No. 4582-79 L, No. 4583-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant* | No. 4592-79 L, No. 4593-79 L<br>Judge Hewitt |

**NOTICE OF FILING OF FIRST AMENDED PETITION – EASTERN SHOSHONE INDIAN TRIBE**

PLEASE TAKE NOTICE that pursuant to the Court's Opinion and Order entered March 27, 2006, the Eastern Shoshone Indian Tribe has filed its First Amended Petition in the consolidated docket for this matter (458-79 L and 459-79 L).

Dated: March 28, 2006.

Respectfully submitted,

s/Harry R. Sachse
HARRY R. SACHSE
Sonosky, Chambers, Sachse
Endreson & Perry, LLP
1425 K Street, NW, Suite 600
Washington, DC 20005

(202) 682-0240 (Telephone)
(202) 682-0249 (Facsimile)
hsachse@sonosky.com
*Counsel of Record for Eastern Shoshone Tribe*

**CERTIFICATE OF SERVICE**

I certify that the foregoing pleading is to be served on Terry M. Petrie, counsel of record for the United States, and Richard M. Berley, counsel of record for the Northern Arapaho Tribe, contemporaneously with this filing via the Court's electronic filing system.

s/Harry R. Sachse
*Counsel of Record for Eastern Shoshone Tribe*