# In the United States Court of Federal Claims

(E-Filed: April 25, 2006)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4582 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4592 L |

ORDER

An informal telephonic status conference (TSC) was held at the request of the parties on April 24, 2006. The parties requested the court to suspend the litigation schedule adopted in its Order of June 6, 2005 to allow the parties to harmonize their respective databases now under development. The parties anticipate that the proposed harmonization would contribute to the efficiency and timeliness of production of expert reports without unduly delaying the pace of litigation. A suspension of the schedule of litigation would have the effect most immediately of deferring the deadline for production of plaintiffs' initial expert reports and related data and other information, now scheduled for May 19, 2006. See Order of June 6, 2005 ¶ 3. The parties also proposed that a

telephonic status conference be held in approximately four weeks to assess progress and reconsider the deadlines established in the litigation schedule. The court accepts the recommendation of the parties and SUSPENDS the litigation schedule established by its Order of June 6, 2005.

A telephonic status conference will be held at 12:00 p.m. EDT on Thursday, May 25, 2006. A Sprint operator will initiate the call. The court proposes that the agenda for the TSC include (a) proposals for a revised litigation schedule, (b) the desirability of combining subdockets 79-4582/4592 with 79-4583/4593 for purposes of judicial economy and identification of any changes in discovery arising from merger of the subdockets, and (c) the utility of and likely issues to be considered in the Joint Preliminary Status Report (JPSR) resulting from the filing of the amended petitions allowed by this court's Opinion and Order of March 27, 2006. The parties are encouraged to consult Appendix A.III. of the Rules of the Court of Federal Claims (RCFC) for detailed guidance on the procedure and content of a JPSR. The parties are invited to add other agenda items for discussion at the beginning of the TSC.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge