# In the United States Court of Federal Claims

(E-Filed: May 25, 2006)

THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 79-4582 L

---

THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 79-4592 L

## ORDER

An informal telephonic status conference (TSC) was held on May 24, 2006 to discuss the agenda items advanced in the court's Order of April 25, 2006 and any other matters added by the parties. The parties reported that ongoing work on the development and quality testing of a consolidated database will require approximately six months of effort. The parties requested the court to continue the suspension of the litigation schedule adopted in its Order of June 6, 2005 to complete this work. The court concurs and agrees to maintain the suspension of the litigation schedule indefinitely with the understanding that the status of progress in discovery activities will be closely monitored.

In regard to the segmentation of plaintiffs' claims in subdockets established by the court's Order of August 27, 2004, the parties were in agreement that the segmentation remained an effective case management tool and did not recommend changes at this time. Finally, the parties reported that they had reviewed the objectives established under Appendix A. Part III of the Rules of the Court of Federal Claims in response to the filing of amended petitions sanctioned by the court's Opinion and Order of March 27, 2006. The parties agreed that given the existing management plan for the case, the detailed litigation schedule now under temporary suspension, and past filings of the parties, the preparation of a Joint Preliminary Status Report would not be needed. The court concurs with the parties' assessment and deems that under the circumstances, the requirements of a JPSR have been met.

The parties proposed that telephonic status conferences be held in the interim to assess progress and reconsider the deadlines established in the litigation schedule. The court accepts the recommendation of the parties. The next telephonic status conference will be held at 12:00 p.m. EDT on Monday, July 10, 2006. A TSC is also scheduled for 12:00 p.m. EDT on Friday, September 1, 2006. In both cases, a Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge