IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>*v.*<br><br>THE UNITED STATES,<br><br>*Defendant.* | ) | Nos. 4582-79 L, 4583-79 L<br>Judge Hewitt |
| THE ARAPAHOE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>*v.*<br><br>THE UNITED STATES,<br><br>*Defendant.* | ) | Nos. 4592-79 L, 4593-79 L<br>Judge Hewitt |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 7, Susan M. Williams, Esq. of the law firm Williams & Works, P.A. provides to the Court this Motion to Withdraw as counsel for the Eastern Shoshone Tribe of the Wind River Reservation.

Dated: June 8, 2006.

Respectfully Submitted,

s/Susan M. Williams
SUSAN M. WILLIAMS

Williams & Works, P.A.
P.O. Box 1483
W 565 Ella
Corrales, NM 87048
(505) 899-7994
Fax (505) 899-7972

**CERTIFICATE OF SERVICE**

I certify that the foregoing pleading is to be served on Terry M. Petrie, counsel of record for the United States, Harry Sachse, counsel of record for the Eastern Shoshone Tribe, and Richard M. Berley, counsel of record for the Northern Arapahoe Tribe, contemporaneously with the filing via the Court's electronic filing system.

s/Susan M. Williams
SUSAN M. WILLIAMS

ND: 4811-3143-2705, Ver 1