# In the United States Court of Federal Claims

(E-Filed: June 15, 2006)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 79-4582 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 79-4592 L |

## ORDER

Before the court is the Notice of Motion to Withdraw as Counsel (Motion) filed by Susan M. Williams, Esquire, of counsel for the Eastern Shoshone Tribe of the Wind River Reservation. The court acknowledges the Motion and notes that Susan Williams was terminated as Attorney of Record for the Eastern Shoshone Tribe effective August 31, 2005, in accordance with Rule 83.1(c)(4) of the Rules of the Court of Federal Claims (RCFC). See Docket for Case No. 79-458, 79-459 for 8/31/05. No further action is required under the Rules of the court for withdrawal of attorneys serving as of counsel to the attorney of record. See RCFC 83.1(c)(1), (4), (6).

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge