# In the United States Court of Federal Claims

(E-Filed: October 3, 2006)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4582 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4592 L |

ORDER

An informal telephonic status conference (TSC) was held on September 29, 2006 to discuss the agenda items advanced in the court's Order of September 1, 2006 and any other matters added by the parties. The parties reported that ongoing work on the development and quality testing of a consolidated database will continue until the end of November. The parties requested the court to continue the suspension of the litigation schedule adopted in its Order of June 6, 2005 to permit completion of this work. The court concurs and agrees to maintain the suspension of the litigation schedule indefinitely with the understanding that the status of progress in discovery activities will be closely monitored.

The court will hold another telephonic status conference with the parties in one month's time to assess progress and reconsider the deadlines established in the litigation schedule. The next telephonic status conference will be held at 12:00 noon EST on Tuesday, October 31, 2006. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge