**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | No. 4582-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | No. 4592-79 L<br>Judge Hewitt |

**NOTICE OF TRIBES' WITHDRAWAL OF RENTAL CLAIM**

Harry R. Sachse
*Counsel of Record*
William F. Stephens
SONOSKY, CHAMBERS, SACHSE
ENDRESON & PERRY, LLP
1425 K Street, NW, Suite 600
Washington, DC 20005
(202) 682-0240 (Telephone)
(202) 682-0249 (Facsimile)
hsachse@sonosky.com
*Attorneys for Eastern Shoshone Tribe*

Richard M. Berley
*Counsel of Record*
Brian W. Chestnut
ZIONTZ, CHESTNUT, VARNELL,
BERLEY & SLONIM
2101 4th Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 (Telephone)
(206) 448-0962 (Facsimile)
rberley@zcvbs.com
*Attorneys for Northern Arapaho Tribe*

**NOTICE OF TRIBES' WITHDRAWAL OF RENTAL CLAIM**

Plaintiffs Eastern Shoshone and Northern Arapaho Tribes (collectively "Tribes") hereby confirm to Defendant and the Court that the Tribes will not pursue their claim against the Government for failure to collect oil and gas rental payments for periods prior to October 10, 1973, as described in section VIII of the Tribes' Statement Identifying Oil and Gas Phase Two Issues filed January 13, 2006 ("Tribes' Statement"). The Tribes' Statement should be deemed amended hereby.

DATED: October 16, 2006.

Respectfully submitted,

s/Harry R. Sachse
by R. Berley w/auth'n
Harry R. Sachse
*Counsel of Record*
William F. Stephens
SONOSKY, CHAMBERS, SACHSE
ENDRESON & PERRY, LLP
1425 K Street, NW, Suite 600
Washington, DC 20005
(202) 682-0240 (Telephone)
(202) 682-0249 (Facsimile)
hsachse@sonosky.com
*Attorneys for Eastern Shoshone Tribe*

s/Richard M. Berley
Richard M. Berley
*Counsel of Record*
Brian W. Chestnut
ZIONTZ, CHESTNUT, VARNELL,
BERLEY & SLONIM
2101 4th Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 (Telephone)
(206) 448-0962 (Facsimile)
rberley@zcvbs.com
*Attorneys for Northern Arapaho Tribe*

**CERTIFICATE OF SERVICE**

I certify that the foregoing pleading is to be served on Terry Petrie, counsel of record for the United States, contemporaneously with this filing via the Court's electronic filing system.

/s Richard M. Berley