# In the United States Court of Federal Claims

(E-Filed: November 30, 2006)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4582 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4592 L |

ORDER

An informal telephonic status conference (TSC) was held on November 30, 2006 to discuss the agenda items advanced in the court's Order of October 31, 2006 and other matters added by the parties. The parties requested the court to continue the suspension of the litigation schedule adopted in its Order of June 6, 2005 until December 14, 2006. The court concurs.

The court will hold another telephonic status conference at 2:00 p.m. EST on Thursday, December 14, 2006. A Sprint operator will initiate the call.

On or before Wednesday, December 13, 2006, the parties shall file a joint proposed schedule or, if the parties do not agree, separate proposed schedules for further proceedings to include the delivery of expert reports, depositions of experts, and dispositive motion practice. The schedule shall include a summary, with references to specific docket numbers and events, describing those aspects of the case that have been resolved, those aspects of the case that are expected to be addressed in the proposed scheduled proceedings, and those aspects of the case that remain to be addressed.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge