# In the United States Court of Federal Claims

(E-Filed: December 15, 2006)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4582 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4592 L |

ORDER

An informal telephonic status conference (TSC) was held on December 14, 2006 to discuss the parties' Joint Scheduling Proposal for Oil and Gas Phase Two (JSP). Further to the TSC and the JSP, and pursuant to United States Court of Federal Claims Rule (RCFC) 16(b), the court schedules the following:

1. Plaintiffs' Initial Expert Reports. Plaintiffs shall furnish reports setting forth the opinions of their experts on Claims I through VII on or before April 27, 2007. The reports shall meet the requirements of RCFC 26(a)(2)(B).

2. Defendant's Responsive Expert Reports. Defendant shall furnish reports responsive to plaintiffs' initial expert reports on or before July 26, 2007. The reports shall meet the requirements of RCFC 26(a)(2)(B).

3. Plaintiffs' Rebuttal Expert Reports. Plaintiffs shall furnish rebuttal expert reports, if any, by September 24, 2007. The reports shall meet the requirements of RCFC 26(a)(2)(B).

4. Conference of Experts and Attorneys. On or before October 4, 2007, the experts and attorneys shall meet face-to-face to narrow outstanding factual issues.

5. Settlement Conference. The parties shall have one or more face-to-face settlement conferences at which they will use best efforts to reach settlement of some or all of the issues in this case. These conferences will begin within 10 days following the conference described in paragraph 4 above.

6. Depositions of Experts. Expert depositions may begin following the first settlement conference and shall be concluded by November 27, 2007.

7. Close of Discovery. The parties shall complete all discovery by November 27, 2008.

8. Status Conference. A telephonic status conference will be held at 2:00 p.m. EST on Wednesday, November 28, 2007 to schedule pre-trial activities and trial. A Sprint operator will initiate the call.

During the TSC, the court expressed the view that so-called dispositive motions that rely generally on expert reports and the credibility of experts would not be likely to be of assistance to the disposition of the case. The court encourages the parties to file dispositive motions at any time when a legal basis for such a motion become apparent and any facts necessary to the disposition of the motion are not in dispute.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge