# In the United States Court of Federal Claims

(E-Filed: September 19, 2007)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4582 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4592 L |

## ORDER

An informal telephonic status conference (TSC) was held on September 19, 2007 to discuss the Order dated December 15, 2006, scheduling proceedings in Oil and Gas Phase Two. Further to the TSC, and pursuant to United States Court of Federal Claims Rule (RCFC) 16(b), the court REPLACES paragraphs 3-8 of the December 15, 2006 Order with the following:

3. Plaintiffs' Rebuttal Expert Reports. Plaintiffs shall furnish rebuttal expert reports, if any, by October 19, 2007. The reports shall meet the requirements of RCFC 26(a)(2)(B).

4. Conference of Experts and Attorneys. On or before November 1, 2007, the experts and attorneys shall meet face-to-face to narrow outstanding factual issues.

5. Settlement Conference. The parties shall have one or more face-to-face settlement conferences at which they will use best efforts to reach settlement of some or all of the issues in this case. These conferences will begin by November 14, 2007.

6. Depositions of Experts. Expert depositions may begin following the first settlement conference and shall be concluded by December 18, 2007.

7. Close of Discovery. The parties shall complete all discovery by December 18, 2007.

8. Status Conference. A telephonic status conference will be held at 2:00 p.m. EST on Wednesday, December 19, 2007 to schedule pre-trial activities and trial. A Sprint operator will initiate the call.

The court noted the possibility that paragraphs 6, 7, and 8 would need to be adjusted to dates one day earlier or later and requested the parties to maintain availability in their schedules.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge