# In the United States Court of Federal Claims

(E-Filed: November 9, 2007)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4582 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4592 L |

## ORDER

An informal telephonic status conference (TSC) was held on November 8, 2007 to discuss the Order dated September 19, 2007, scheduling proceedings in Oil and Gas Phase Two. Further to the TSC, and pursuant to United States Court of Federal Claims Rule (RCFC) 16(b), the court REPLACES paragraph 8 of the September 19, 2007 Order with the following:

8. Status Conference. A telephonic status conference will be held at 2:00 p.m. EST on Thursday, December 20, 2007 to schedule pre-trial activities and trial. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge