# In the United States Court of Federal Claims

(E-Filed: December 11, 2007)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4582 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 79-4592 L |

ORDER

An informal telephonic status conference (TSC) was held on December 10, 2007 to discuss the Orders dated September 19, 2007, and November 9, 2007, scheduling proceedings in Oil and Gas Phase Two. Further to the TSC, and pursuant to United States Court of Federal Claims Rule (RCFC) 16(b), the court DELAYS the deadlines in paragraphs 6 and 7 of the September 19, 2007 Order to a time not yet established and REPLACES paragraph 8 with the following:

8. Status Conference. A telephonic status conference will be held at 2:00 p.m. Eastern Time on Thursday, January 24, 2008 to report on settlement progress and establish any necessary further deadlines. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge