# In the United States Court of Federal Claims

(E-Filed: May 12, 2008)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING, Plaintiff, v. THE UNITED STATES, Defendant. | No. 79-4582 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING, Plaintiff, v. THE UNITED STATES, Defendant. | No. 79-4592 L |

ORDER

During a telephonic status conference (TSC) that was held on May 12, 2008, the parties reported on settlement progress with regard to Oil and Gas Phase II. Further to the TSC, the court shall hold another TSC on Monday, June 2, 2008 at 2:00 p.m. EDT and an additional TSC on Thursday, June 26, 2008 at 2:00 p.m. EDT.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge