# In the United States Court of Federal Claims

(E-Filed: August 6, 2008)

THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 79-4582 L

THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 79-4592 L

ORDER

Further to a telephonic status conference (TSC) that was held on Wednesday, August 6, 2008, the court shall hold another TSC on Tuesday, September 16, 2008 at 3:00 p.m. Eastern Daylight Time. A Sprint operator shall initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge